UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN BENJAMIN HICKMAN　　　　　　　　CIVIL ACTION 16-0195-P

VERSUS　　　　　　　　　　　　　　　　　JUDGE S. MAURICE HICKS

RED RIVER HEALTH DEPT., ET AL.　　　　MAGISTRATE JUDGE HAYES

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I), (ii) and (iii).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 29th day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE